# UNITED STATES DISTRICT COURT

## District of Minnesota

**AMENDED JUDGMENT IN A CIVIL CASE**

Dayana Lopez-Martinez and
Nidia Lopez Martinez,

                    Plaintiff(s),

                                        Case Number: 23-cv-98 JRT/TNL

v.

Midwest Resale Specialist, Inc.,

                    Defendants.


☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.**  Upon the filing of the FRCP 68 Offer of Judgment on 5/25/2023 and Plaintiffs' acceptance of the same.


IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Dayana Lopez-Martinez against Defendant Midwest Resale Specialist, Inc. in the amount of $1,501.00. Judgment is hereby entered in favor of Plaintiff Nidia Lopez Martinez against Defendant Midwest Resale Specialist, Inc. in the amount of $1,501.00.

6/7/2023                                KATE M. FOGARTY, CLERK